AO 440 (Rev. 10/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     DELAWARE

CATHERINE M. ALRED.,

    Plaintiff

V.

ELI LILLY AND COMPANY, an Indiana
Corporation, and MICHAEL ANDERSON,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No.    08-092

TO:    ELI LILLY AND COMPANY
       c/o its registered agent, National Registered Agents, Inc.
       160 Greentree Drive Suite 101
       Dover, DE  19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

    Matthew F. Boyer (Del. Bar No. 2564)
    Timothy M. Holly (Del. Bar. No. 4106)
    Connolly Bove Lodge & Hutz LLP
    1007 North Orange Street
    Wilmington, DE  19899-2207

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                        2/13/08
CLERK                                                   DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-14-08 |
| NAME OF SERVER (*PRINT*) Marshal Manlove | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[x] Other (specify): Served summons and complaint upon defendant by delivering copies to the defendant's registered agent, National Registered Agents, Inc., 160 Greentree Drive Suite 101 Dover, DE 19904.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-14-08
         Date

Signature of Server

Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801-2207
*Address of Server*

224388

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.