IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE M. ALRED,            )<br>                                            )<br>       Plaintiff,                       )<br>                                            )<br>v.                                         )<br>                                            )<br>ELI LILLY AND COMPANY, an Indiana )<br>Corporation, and MICHAEL ANDERSON )<br>                                            )<br>       Defendants.                 ) | Civil Action No. 08-CV-00092 (JJF) |

**STIPULATION – TIME FOR DEFENDANTS TO RESPOND
TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, acting through their undersigned counsel on this 4th day of March, 2008, that the time within which defendants Eli Lilly and Company and Michael Anderson may answer, move, or otherwise plead in response to the complaint is extended through and including April 4, 2008.

| | |
|---|---|
| /s/ Matthew F. Boyer | /s/ M. Duncan Grant |
| Matthew F. Boyer (Del. Bar No. 2564) | M. Duncan Grant (Del. Bar No. 2994) |
| Timothy M. Holly (Del. Bar No. 4106) | Matthew A. Kaplan (Del. Bar No. 4956) |
| CONNOLLY BOVE LODGE & HUTZ LLP | PEPPER HAMILTON LLP |
| The Nemours Building | 1313 North Market Street |
| 1007 North Orange Street | Suite 5100 |
| P.O. Box 2207 | P.O. Box 1709 |
| Wilmington, DE 19899-2207 | Wilmington, DE 19899-1709 |
| (302) 658-9141 | (302) 777-6500 |
| | |
| Attorneys for Plaintiff | Attorney for Defendants |
| CATHERINE ALRED | ELI LILLY AND COMPANY and |
| | MICHAEL ANDERSON |

APPROVED AND SO ORDERED:

_____
Joseph J. Farnan, Jr., J.

#9391741 v1