# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE M. ALRED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-00092 (JJF) |
| ) | |
| ELI LILLY AND COMPANY, an Indiana ) | |
| Corporation, and MICHAEL ANDERSON ) | |
| ) | |
| Defendants. ) | |

## STIPULATION – TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, acting through their undersigned counsel on this 28th day of March, 2008, that the time within which defendants Eli Lilly and Company and Michael Anderson may answer, move, or otherwise plead in response to the complaint is further extended through and including April 11, 2008.

| | |
|---|---|
| /s/ Matthew F. Boyer | /s/ M. Duncan Grant |
| Matthew F. Boyer (Del. Bar No. 2564) | M. Duncan Grant (Del. Bar No. 2994) |
| Timothy M. Holly (Del. Bar No. 4106) | Matthew A. Kaplan (Del. Bar No. 4956) |
| CONNOLLY BOVE LODGE & HUTZ LLP | PEPPER HAMILTON LLP |
| The Nemours Building | 1313 North Market Street |
| 1007 North Orange Street | Suite 5100 |
| P.O. Box 2207 | P.O. Box 1709 |
| Wilmington, DE  19899-2207 | Wilmington, DE  19899-1709 |
| (302) 658-9141 | (302) 777-6500 |
| | |
| Attorneys for Plaintiff | Attorney for Defendants |
| CATHERINE ALRED | ELI LILLY AND COMPANY and |
| | MICHAEL ANDERSON |

APPROVED AND SO ORDERED:

_____
Joseph J. Farnan, Jr., J.

#9482891 v1