IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE M. ALRED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-CV-92 JJF |
| | ) |
| ELI LILLY AND COMPANY and | ) |
| MICHAEL ANDERSON, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Eli Lilly and Company ("Lilly") states that Lilly is a publicly traded company, that Lilly has no parent corporations, and that no publicly held corporation owns 10% or more of Lilly's stock.

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | M. Duncan Grant (Del. Bar No. 2994) |
| Craig M. Borowski | Matthew A. Kaplan (Del. Bar No. 4956) |
| David S. Wagner | PEPPER HAMILTON LLP |
| BAKER & DANIELS, LLP | 1313 North Market Street, Suite 5100 |
| 300 North Meridian Street, Suite 2700 | Wilmington, DE  19899-1709 |
| Indianapolis, IN  546204 | (302) 777-6500 |
| (317) 237-1461 | |
| | Attorneys for Defendants |
| | ELI LILLY AND COMPANY and |
| Dated:  April 11, 2008 | MICHAEL ANDERSON |

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, the foregoing Defendants' Rule 7.1 Disclosure Statement was filed through the Court's CM/ECF system, which will send notice of this filing to the following:

> Matthew F. Boyer, Esq.
> Timothy M. Holly, Esq.
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899-2207

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)