IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE M. ALRED,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY AND<br>MICHAEL ANDERSON<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-00092 (JJF)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, defendants Eli Lilly and Company and Michael Anderson hereby move the admission *pro hac vice* of Craig M. Borowski to represent them in this matter.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

Dated: April 22, 2008          Attorneys for Defendants

#9394763 v1
BDDB01 5185234v1

## CERTIFICATION OF CRAIG M. BOROWSKI FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendant in this action; that I am admitted, practicing, and in good standing as a member of the Bar of the State of Indiana, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, the United States Court of Appeals for the 7th Circuit, and the United States Court of Appeals for the 11th Circuit, and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

Craig M. Borowski (Ind. Bar No. 22280-49)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300

<u>ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION</u>

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that the foregoing Motion for *Pro Hac Vice* Admission is granted, and that Craig M. Borowski be admitted *pro hac vice* to represent defendants in this action.

_____
Joseph J. Farnan, Jr., J.

#9394763 v1
BDDB01 5185234v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on ___4/22___, 2008, the foregoing Motion for *Pro Hac Vice* Admission, certification, and proposed Order were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

Matthew F. Boyer, Esq.
Timothy M. Holly, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

Attorneys for Plaintiffs

/s/ M. Duncan Grant
M. DUNCAN GRANT (Del. Bar No. 2994)

BDDB01 5185234v1