## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE M. ALRED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, an Indiana | ) | Civil Action No. 08-92 JJF |
| Corporation, and MICHAEL ANDERSON, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATED
## MOTION TO STAY

By this action, plaintiff Catherine M. Alred (herein, "Alred") and defendants Eli Lilly and Company and Michael Anderson (jointly "Lilly" and collectively with Alred, the "Parties"), by and through their undersigned counsel, hereby jointly move for a stay of discovery and further prosecution of this action pending Alred's receipt of a federal Right to Sue Notice from the Equal Employment Opportunity Commission ("EEOC"). In support of this motion, the Parties respectfully represent as follows:

1.      On April 24, 2007, Alred dual-filed a charge of discrimination (the "Charge") with the Delaware Department of Labor (the "DDOL") and the EEOC. Alred is required by law to exhaust administrative remedies through the DDOL and EEOC before filing suit for certain claims at issue in the Charge. Alred has not yet received a federal Right to Sue Notice from the EEOC.

2.      During the DDOL and EEOC's investigations of the Charge, the statute of limitations period continued to run under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.* Alred filed a complaint (the "Complaint") initiating this action on

February 12, 2008.  The Complaint includes a single count under the FMLA.  Alred represents

that she intends to seek amendment of the Complaint pending receipt of a Right to Sue Notice

from the EEOC to add claims asserted in her Charge.

      3.      On August 6, 2008, this Court ordered the Parties to confer and present to the

Court a Proposed Pretrial Scheduling Order on or before Wednesday, August 20, 2008.

      4.      On August 13, 2008, while the Parties were in the process of conferring, the

Parties received a state Final Determination and Right to Sue Notice from the DDOL.  The

parties must now engage in mandatory conciliation, which presently is scheduled for August 26,

2008.

      5.      The Parties respectfully submit that judicial economy can be preserved and costs

of litigation can be minimized if the captioned case is stayed until the Parties proceed through the

DDOL conciliation process and Alred receives her federal Right to Sue Notice from the EEOC.

In particular, by waiting for the administrative procedures to run their course and the Complaint

to be amended as described herein, the Parties will be able to conduct discovery and otherwise

proceed in this litigation in a more effective and orderly fashion.

BAKER & DANIELS LLP

/s/ David S. Wagner
David S. Wagner (Admitted Pro Hac Vice)
Craig M. Borowski (Admitted Pro Hac Vice)
Email:  david.wagner@bakerd.com
Email:  craig.borowski@bakerd.com
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
317-237-0300


PEPPER HAMILTON LLP
M. Duncan Grant (Del. Bar No. 2994)
1313 North Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
*Attorneys for Defendant*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Timothy M. Holly
Matthew F. Boyer (Del. Bar No. 2564)
Email:  Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email:  Tholly@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Plaintiff*


Date:  August 15, 2008
CBLH:  629419

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE M. ALRED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, an Indiana | ) | Civil Action No. 08-92 JJF |
| Corporation, and MICHAEL ANDERSON, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this _____ day of _____, 2008, the Court having considered the

Joint Stipulated Motion to Stay,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS SO ORDERED.**

_____
The Honorable Joseph J. Farnan, Jr.