IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE M. ALRED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ELI LILLY AND COMPANY, an Indiana Corporation, and MICHAEL ANDERSON, | ) Civil Action No. 08-92 JJF ) ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) ) |

**ORDER**

AND NOW, this 25 day of August, 2008, the Court having considered the Joint Stipulated Motion to Stay,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS SO ORDERED.**

_____
The Honorable Joseph J. Farnan, Jr.